## United States District Court for the Northern District of Illinois

Case Number: 08cv670

Assigned/Issued By: j. n.

Judge Name: dow jr.

Designated Magistrate Judge: keys

---

### FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other _____
[ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2504022

Date Payment Rec'd: 1-30-08   Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons   [ ] Alias Summons
[ ] Third Party Summons   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets
(Victim, Against and $ Amount)
[ ] Writ _____
(Type of Writ)

1 Original and 0 copies on 1-30-08 as to defendant
(Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05