AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SHEET METAL WORKERS LOCAL 265
WELFARE FUND, et al.

CASE NUMBER:

**08 C 670**

V.

ASSIGNED JUDGE:

HIGH-TECH MECHANICAL, INC., an Illinois
corporation

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE DOW
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

HIGH-TECH MECHANICAL, INC.
c/o Leonard R. Chaplinski, Jr., Registered Agent/President

| 272 S. Kinzie Avenue | or | 1072 Flamingo Lane |
| Bradley, IL  60915 | | Bradley, IL  60915 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

-----------------------------------------

(By) DEPUTY CLERK

**January 31, 2008**
----------------------------------------
**Date**

# Kankakee County Sheriff's Police Department
### Civil Process Affidavit

Sheriff CP #  2008-00000801

| | | Fees: | | Process Type: | |
|---|---|---|---|---|---|
| Case No: | 08C670 | Service | $19.00 | Summons | YES |
| | | | | Order | |
| | Sheet Metal  Workers  Local 265 | Return | $0.00 | Citation | |
| *Plaintiff* | | | | | |
| | **vs.** | Miles | $0.00 | Order of Protection | |
| High-Tech Mech.Inc  c/o R/A  L.R. Chaplinski | | Total | $19.00 | Other | |
| *Defendant* | | | | | |

Court of Origin :  Out of County

## I certify that I have served this process on the defendant as follows:

_____  **Personal Service**

_____  **Substitute Service :** By leaving a copy of the court document at the defendant's usual place of abode, with some person of the family, of the age of 13 years or upwards, who is the defendant's _____ (relationship), and informing that person of the contents thereof, and by sending a copy of the process in a sealed envelope addressed to the defendant at his/her usual place of abode on : _____ (date).

_____  **Corporation Service :**   Name : _____

Title: _____

(agent, authorized person or partner of said corporation)

High-Tech Mech.Inc  c/o R/A  L.R. Chaplinski
*Name of Defendant*

| | | **Sex** | **Race** | **DOB:** |
|---|---|---|---|---|

272 S  KINZIE AVE          Bradley  IL
*Address of Defendant*                *City/State*

_____
*Address of Service*                  *City/State*

**Timothy F. Bukowski**, *Sheriff*, By : _____  _____
                                *Deputy's Signature*          *Deputy's Printed Name*

*Served, this* _____ **day of** _____ ,20 _____ **at** _____
                                              Deputy Badge #

The Named Defendant was **NOT** Served because:

| | | | **Service Attempts:** | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Date | Time | Deputy | Date | Time | Deputy |
| Moved | _____ | Wrong Address | _____ | | | | | |
| No Contact | _____ | No Such Address | _____ | | | | | |
| Empty Lot | _____ | Returned Per Atty. | _____ | | | | | |
| Not Listed | _____ | Paper Expired | _____ | | | | | |
| Deceased | _____ | Other:Note Below | _____ | | | | | |

*Service done 3-05    1011 HRS     @ 272 Kinzie*
*DPTY - BARKER    Served LR Chaplinski*
*M/W/7-30-1973*