IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 0670 |
| HIGH-TECH MECHANICAL, INC., an Illinois corporation, | ) ) ) ) | JUDGE ROBERT M. DOW, JR. |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, HIGH-TECH MECHANICAL, INC., an Illinois corporation, in the total amount of $212,512.06, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $594.25.

On March 5, 2008, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 25, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default judgment.

/s/   Beverly P. Alfon

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 1st day of April 2008:

>Mr. Leonard R. Chaplinski, Jr., President
High Tech, Inc.
1072 Flamingo Lane
Bradley, IL  60915

>Mr. L. Patrick Power
Attorney at Law
956 N. Fifth Avenue
Kankakee, IL  60901

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\High-Tech\2008\motion for default judgment.bpa.df.wpd