AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHEET METAL WORKERS LOCAL 265
WELFARE FUND, et al.

CASE NUMBER: **08 C 670**

V.

ASSIGNED JUDGE:

HIGH-TECH MECHANICAL, INC., an Illinois
corporation

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE DOW
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

HIGH-TECH MECHANICAL, INC.
c/o Leonard R. Chaplinski, Jr., Registered Agent/President
272 S. Kinzie Avenue　　　or　　　1072 Flamingo Lane
Bradley, IL  60915　　　　　　　　Bradley, IL  60915

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

January 31, 2008
Date

# Kankakee County Sheriff's Police Department
## Civil Process Affidavit

Sheriff CP # 2008-00000801

Case No: 08C670

Plaintiff: Sheet Metal Workers Local 265

vs.

Defendant: High-Tech Mech.Inc c/o R/A L.R. Chaplinski

**Fees:**
- Service: $19.00
- Return: $0.00
- Miles: $0.00
- Total: $19.00

**Process Type:**
- Summons: YES
- Order:
- Citation:
- Order of Protection:
- Other:

Court of Origin: Out of County

### I certify that I have served this process on the defendant as follows:

**Personal Service**

**Substitute Service**: By leaving a copy of the court document at the defendant's usual place of abode, with some person of the family, of the age of 13 years or upwards, who is the defendant's _____ (relationship), and informing that person of the contents thereof, and by sending a copy of the process in a sealed envelope addressed to the defendant at his/her usual place of abode on: _____ (date).

**Corporation Service**: Name: _____

Title: _____

(agent, authorized person or partner of said corporation)

**Name of Defendant**: High-Tech Mech.Inc c/o R/A L.R. Chaplinski

**Address of Defendant**: 272 S KINZIE AVE

**City/State**: Bradley IL

Sex: ___ Race: ___ DOB: ___

**Address of Service**: _____

**City/State**: _____

**Timothy F. Bukowski**, Sheriff, By: _____

Deputy's Signature            Deputy's Printed Name

Served, this ___ day of ___ ,20 ___ at ___

Deputy Badge #

The Named Defendant was **NOT** Served because:

- Moved
- No Contact
- Empty Lot
- Not Listed
- Deceased
- Wrong Address
- No Such Address
- Returned Per Atty.
- Paper Expired
- Other:Note Below

**Service Attempts:**

| Date | Time | Deputy | Date | Time | Deputy |
|------|------|--------|------|------|--------|
|      |      |        |      |      |        |

*Service done 3-05 1011 HRS @ 272 Kinzie*
*DPTY - BARKER    Served L R Chaplinski*
*M/W/7-30-1973*