IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 0670 |
| HIGH-TECH MECHANICAL, INC., an Illinois corporation, | ) ) ) | JUDGE ROBERT M. DOW, JR. |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Mr. Leonard R. Chaplinski, Jr., President          Mr. L. Patrick Power
      High Tech, Inc.                                                       Attorney at Law
      1072 Flamingo Lane                                           956 N. Fifth Avenue
      Bradley, IL  60915                                             Kankakee, IL  60901

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **8th** day of **April 2008** at **9:15 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Robert M. Dow, Jr., Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1919, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and Judgment.  A copy of said motion is hereby served upon you.

/s/   Beverly P. Alfon

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 1st day of April 2008:

        Mr. Leonard R. Chaplinski, Jr., President
        High Tech, Inc.
        1072 Flamingo Lane
        Bradley, IL  60915

        Mr. L. Patrick Power
        Attorney at Law
        956 N. Fifth Avenue
        Kankakee, IL  60901

        /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\High-Tech\2008\notice of motion.bpa.df.wpd