# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 670 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Sheet Metal Wrokers Local 265 vs. High-Tech Mechanical, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' Motion for Entry of Default and Judgment [10] against Defendant is granted. ENTER JUDGMENT ORDER: Judgment entered in favor or Plaintiffs and against Defendant in the amount of $212,512.06 plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $594.25 for a total sum of $213,106.31.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|