IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) CIVIL ACTION |
| HIGH-TECH MECHANICAL, INC., an Illinois corporation, | ) ) NO. 08 C 0670 ) |
| Defendant, | ) JUDGE ROBERT M. DOW, JR. ) |
| and | ) ) |
| SKENDER CONSTRUCTION COMPANY, | ) ) |
| Citation Respondent. | ) |

**NOTICE OF DISMISSAL OF CITATION TO**
**DISCOVER ASSETS TO THIRD PARTY**

TO:  Mr. Jerry Ball, CFO                                  High-Tech Mechanical, Inc.
     Skender Construction Company                         1072 Flamingo Lane
     10101 Roberts Road                                   Bradley, IL  60915
     Palos Hills, IL  60465

NOW COME Plaintiffs, by and through their attorneys, and in accordance with the Federal Rules of Civil Procedure, hereby dismiss the citation to discover assets proceeding against Third Party Citation Respondent Skender Construction Company, without prejudice to the rights of Plaintiffs.

/s/  Beverly P. Alfon

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Dismissal) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 8th day of May 2008:

>Mr. Jerry Ball, CFO
>Skender Construction Company
>10101 Roberts Road
>Palos Hills, IL   60465
>
>High-Tech Mechanical, Inc.
>1072 Flamingo Lane
>Bradley, IL   60915

>/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\High-Tech\2008\notice of dismissal of citation (skender).bpa.df.wpd