*MHW*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 ) | FILED |
| WELFARE FUND, *et al.*, ) | AUG 2 6 2008 TC |
| ) | 8-26-2008 |
| Plaintiffs, ) | MICHAEL W. DOBBINS |
| ) | CLERK, U.S. DISTRICT COURT |
| vs. ) | |
| ) | CIVIL ACTION |
| HIGH-TECH MECHANICAL, INC., ) | |
| an Illinois corporation, ) | NO. 08 C 0670 |
| ) | |
| Defendant, ) | JUDGE ROBERT M. DOW, JR. |
| ) | |
| and ) | |
| ) | |
| FIRST TRUST BANK, ) | |
| ) | |
| Citation Respondent. ) | |

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

*First Trust Bank* _____ (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answer to th is Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle the corresponding letter to any of the following that apply, and indicate the amount held:

A.   Savings Account (amount withheld) $ ―
B.   Checking and/or Now Account (amount withheld) $ *Account negative $33.30 and closed*
C.   Certificate of Deposit (amount withheld) $ ―
D.   Money Market Account (amount withheld) $ ―
E.   Trust Account (amount withheld) $ ―
F.   Safety Deposit Boxes $ ―
G.   Other Amounts Due $ ―
H.   Adverse Claimants:   Name _____
                          Address _____
I.   Wages, Salary or Commissions ―
J.   Other Personal Property (describe) ―

Attach a sheet for any additional information required by the Citation.

         Subtotal _____

Less right of offset for other loans _____
Less deduction for fees limited by law _____

         Total — 33.30

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

        _____
        Agent for Citation Respondent

        _____
        Date

Third Party Respondent/Agent
Agent Name: Jennifer Draper
Agent Title: Assistant Compliance Officer
Respondent Name:
Address: 275 E Court St, Kankakee IL 60901
Phone: 815 929 4001 x239
Fax: 815 929 4025

A copy of this Answer should be filed with the Court Clerk for the United States District Court for the Northern District of Illinois, Eastern Division, and a copy sent to the Attorney for Plaintiffs, and to the Judgment Debtor.

8